IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALEXA LANSFORD**                                                    **PLAINTIFF**

v.                            No. 3:22-cv-246-DPM

**LUKE CANTRELL, Individually
and in his Official Capacity as a
Police Officer for the City of Wynne;
and THE CITY OF WYNNE,
ARKANSAS**                                                            **DEFENDANTS**

## JUDGMENT

All of Lansford's federal claims are dismissed with prejudice. And all of her state claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 October 2023